UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RODERICK CARMICHAEL,** | ] |
| **Plaintiff,** | ] |
| v. | ] Case No. 2:23-cv-01154-ACA-JHE |
| **WARDEN PHYLLIS MORGAN, et al.,** | ] |
| **Defendants.** | ] |

## **MEMORANDUM OPINION**

Plaintiff Roderick Carmichael filed a *pro se* complaint under 42 U.S.C. § 1983, alleging violations of his civil rights. (Docs. 1, 4). In May 2025, the magistrate judge entered a report recommending the court dismiss this action pursuant to 28 U.S.C. § 1915A(b)(1) for Mr. Carmichael's failure to state a claim upon which relief may be granted. (Doc. 20). Although the magistrate judge advised Mr. Carmichael of his right to file written objections within fourteen days (*id.* at 8), the court has not received any objections.

Mr. Carmichael's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** pursuant to § 1915A(b)(1).

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this June 2, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE